UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JEFFREY TIMES-HUDSON,<br><br>Defendant. | Case: 1:23-cr-20632<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 11-08-2023 At 01:11 PM<br>SEALED MATTER (krc)<br><br>Violations:<br>18 U.S.C. §1951<br>18 U.S.C. §924(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Interference with Commerce by Robbery
### (18 U.S.C. § 1951)

At all times material to this Indictment, Express Stop was engaged in the selling of various food, beverage, and household products in interstate commerce and was an industry which affects interstate commerce.

On or about October 22, 2023, in the Eastern District of Michigan, Jeffrey Times-Hudson, unlawfully obstructed, delayed, and affected, and attempted to obstruct, delay, and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section

1951, in that Jeffrey Times-Hudson unlawfully took United States currency, Michigan State Lottery Tickets, and cigarettes from an Express Stop cashier against his will by means of actual and threatened force, violence, and fear of injury.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO
### Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A))

On or about October 22, 2023, in the Eastern District of Michigan, Jeffrey Times-Hudson knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery as charged in Count One, all in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all

property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated: November 8, 2023

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Katharine Hemann*
KATHARINE HEMANN
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
Telephone number: (989) 895-5712
Katharine.Hemann@usdoj.gov

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    X No

Case: 1:23-cr-20632
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-08-2023

**Case Title:** USA v. Jeffrey Times-Hudson

**County where offense occurred:** Saginaw County

**Check One:**   X Felony    ☐ Misdemeanor    ☐ Petty

    __x__ Indictment/_____ Information --- **no** prior complaint.
    _____ Indictment/_____ Information --- based upon prior complaint [Case number:]
    _____ Indictment/_____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: November 8, 2023

s/Katharine Hemann
Katharine Hemann
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: Katharine.hemann@usdoj.gov
Attorney Bar #:   WSBA #46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.